# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135780 & (56)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,
   Cross-Appellee,

v

               SC: 135780
               COA: 270604
               Genesee CC: 05-017448-FC

OMAR RASHAD POUNCY,
   Defendant-Appellee,
   Cross-Appellant.

_____/

   On order of the Court, the application for leave to appeal the December 27, 2007 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

t0421

_____
Clerk